Exhibit 1

**Zacks Investment Research "How to Consistently Beat the Market" TV Spot**
https://www.ispot.tv/ad/7_OA/zacks-investment-research-how-to-consistently-beat-the-market



Transcription of Audio Track

"Would you like your investments to make more than 20% a year?

Well, since 1988, through good times and bad, our Zacks Number 1 Ranked Strong Buy Stocks have generated an average annual return of 26% a year.  That is nearly three times more than the S&P 500.

And now, in our new book, we are revealing how we pick the stocks that consistently beat the market.  And, if you are one of the first 250 people to call in right now, and just cover shipping and handling, we will send you a copy of our new book—for free.

Elite investors pay millions of dollars per year to access our stock picks.  And now, our book will show you how we pick our stocks, for free.  Don't settle for average market returns when you can make Zacks Returns.

Call now for your free book and discover our prudent way to consistently beat the market.

Call 800-215-2108 for your free book.  That's 1-800-215-2108. Call 1-800-215-2108 right now."

Exhibit 1
Page 1