Exhibit 2



Exhibit 2
Page 2