UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KERR, EDWARD LI, TIM BARNARD, and KENNETH CURTIS, individually and on behalf of all others similarly situated,<br><br>                                        Plaintiff,<br><br>v.<br><br>ZACKS INVESTMENT RESEARCH, INC., an Illinois corporation, NATIONAL MARKETING RESOURCES, LLC, a Missouri limited liability company; PARADIGM DIRECT LLC, a Delaware limited liability company; PARADIGM DIRECT MARKETING, LLC,  a Delaware limited liability company; RESPONSE NORTH, LLC, a Utah limited liability company; and DOES 5-50, inclusive,<br><br>                                        Defendants. | Case No.:  3:16-cv-01352-GPC-BLM<br><br>**ORDER:**<br>**(1) STAYING CASE FOR 90 DAYS PENDING MEDIATION**<br><br>**AND**<br><br>**(2) CONTINUING HEARING DATES ON DEFENDANTS' MOTIONS TO STAY AND MOTIONS TO DISMISS TO MARCH 24, 2017**<br><br>**[ECF No. 50.]** |

On November 2, 2016, Plaintiffs John Kerr, Edward Li, Tim Barnard and Kenneth Curtis (collectively, "Plaintiffs") and Defendants Zacks Investment Research, Inc. ("ZIR"), National Marketing Resources, LLC ("NMR"), Paradigm Direct, LLC

("Paradigm Direct") and Response North, LLC ("Response North") (collectively, "Defendants") filed a Joint Motion to (1) Stay Case Pending Mediation and (2) Continue Hearing Dates on Defendants' Motions to Stay and Motions to Dismiss.  (Dkt. No. 50.)

Having reviewed the joint motion, and good cause appearing, the Court **GRANTS** the joint motion.

**IT IS HEREBY ORDERED** that:

1. This case is **STAYED**, including all discovery, discovery related motions, and the deadline for Plaintiffs to file their motion for class certification.

2. The parties have **90 days** from the issuance of this Order to conduct mediation.

3. The parties will file a Joint Status Report with the Court within three days of the completion of the mediation.

4. The parties are to jointly contact Magistrate Judge Major's Chambers within three days of the completion of mediation to obtain new deadlines for pending discovery motions if mediation is not successful.

5. The December 9, 2016 and December 16, 2016 hearing dates for the following motions are **VACATED** and **CONTINUED** to **March 24, 2017**:

   a.  Motion to Stay Proceedings by ZIR (Dkt. 30);

   b.  Motion to Dismiss by ZIR (Dkt. 31);

   c.  Motion to Dismiss by Response North (Dkt. 35);

   d.  Motion to Dismiss by NMR and Paradigm (Dkt. 38); and

   e.  Motion to Stay Proceedings by NMR and Paradigm (Dkt. 39).

6. Plaintiffs' deadlines to file oppositions to all motions identified in ¶ 5 above are hereby continued to February 24, 2017.

7. Defendants' deadlines to file replies to their respective motions identified in ¶ 5 above are hereby continued to March 10, 2017.

**IT IS SO ORDERED.**

/ / / /

Dated:  November 2, 2016

Hon. Gonzalo P. Curiel
United States District Judge