JAMES T. HANNINK (131747)
jhannink@sdlaw.com
ZACH P. DOSTART (255071)
zdostart@sdlaw.com
DOSTART HANNINK & COVENEY LLP
4180 La Jolla Village Drive, Suite 530
La Jolla, California 92037-1474
Tel: 858-623-4200
Fax: 858-623-4299

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KERR, EDWARD LI, TIM BARNARD, and KENNETH CURTIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZACKS INVESTMENT RESEARCH, INC., an Illinois corporation, NATIONAL MARKETING RESOURCES, LLC, a Missouri limited liability company; PARADIGM DIRECT LLC, a Delaware limited liability company; PARADIGM DIRECT MARKETING, LLC, a Delaware limited liability company; RESPONSE NORTH, LLC, a Utah limited liability company; ZACKS INVESTMENT MANAGEMENT, INC. an Illinois corporation; and DOES 6-50, inclusive,<br><br>Defendants. | CASE NO. 16-CV-01352 GPC BLM<br><br>**NOTICE OF SETTLEMENT** |

1  The parties wish to advise the Court that they have reached a settlement in the
2  above-captioned matter.  On January 13, 2017 and April 7, 2017, counsel and
3  representatives of all litigants attended mediation sessions before retired United
4  States Magistrate Judge Leo S. Papas.  Those mediation sessions were unsuccessful
5  and the parties continued to litigate.  However, the parties continued settlement
6  discussions with the assistance of Judge Papas, and, as a result of a mediator's
7  proposal, have reached an agreement to settle this action.
8  The parties are in the process of preparing a formal settlement agreement.
9  The parties anticipate that Plaintiff will be able to file a motion for preliminary
10  approval within approximately forty-five (45) days.

12  Dated: August 10, 2017                    DOSTART HANNINK & COVENEY LLP

14                                              /s/ Zach P. Dostart
15                                              ZACH P. DOSTART
                                                Attorneys for Plaintiffs

17  Dated: August 10, 2017                    BURKE, WARREN, MACKAY &
18                                             SERRITELLA, P.C.

20                                              /s/ Danielle J. Gould
                                                DANIELLE J. GOULD
21                                              Attorneys for Defendants
22                                              ZACKS INVESTMENT RESEARCH, INC. and
                                                ZACKS INVESTMENT MANAGEMENT, INC.

| | | |
|---|---|---|
| 1 | Dated: August 10, 2017 | MEYLAN DAVITT JAIN AREVIAN & KIM LLP |
| 2 | | |
| 3 | | |
| 4 | | /s/ Raymond B. Kim |
| | | RAYMOND B. KIM |
| 5 | | Attorneys for Defendants |
| 6 | | NATIONAL MARKETING RESOURCES, LLC and PARADIGM DIRECT, LLC |
| 7 | | |
| 8 | Dated: August 10, 2017 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 9 | | |
| 10 | | |
| 11 | | /s/ Stephen H. Turner |
| | | STEPHEN H. TURNER |
| 12 | | Attorneys for Defendant |
| 13 | | RESPONSE NORTH, LLC |

| | |
|---|---|
| 1 | **SIGNATURE CERTIFICATION** |

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all persons signing the document, and I have obtained their authorization to affix their electronic signatures to this document.

Dated: August 10, 2017          DOSTART HANNINK & COVENEY LLP


                                /s/ Zach P. Dostart
                                ZACH P. DOSTART
                                Attorneys for Plaintiffs

819395.2