UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KERR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZACKS INVESTMENT RESEARCH, INC. et al,<br><br>Defendants. | Case No.: 16cv1352-GPC (BLM)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

On August 10, 2017, the parties filed a Notice of Settlement informing the Court that they "have reached a settlement in the above-captioned matter" and "are in the process of preparing a formal settlement agreement." ECF No. 104. The parties anticipate that Plaintiffs will be able to file a motion for preliminary approval within approximately forty-five (45) days. Id. at 2.

Plaintiffs are ordered to file their motion for preliminary approval of the class action settlement on or before **September 25, 2017**. The Court further orders the parties to contact District Judge Gonzalo P. Curiel's chambers to obtain a preliminary approval hearing date prior to filing the document. All other pending dates before this Court and District Judge Curiel are hereby **VACATED**.

**IT IS SO ORDERED**.

Dated: 8/10/2017

*Barbara L. Major*
Hon. Barbara L. Major
United States Magistrate Judge