UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KERR, EDWARD LI, TIM BARNARD, and KENNETH CURTIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZACKS INVESTMENT RESEARCH, INC., an Illinois corporation, NATIONAL MARKETING RESOURCES, LLC, a Missouri limited liability company; PARADIGM DIRECT LLC, a Delaware limited liability company; RESPONSE NORTH, LLC, a Utah limited liability company; ZACKS INVESTMENT MANAGEMENT, INC., an Illinois corporation; and DOES 6-50, inclusive,<br><br>Defendants. | CASE NO. 16-CV-01352 GPC BLM<br><br>**ORDER GRANTING JOINT MOTION TO MOVE DATE OF HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL**<br><br>[ECF No. 111] |

On September 27, 2017, Plaintiffs John Kerr, Edward Li, Tim Barnard, Kenneth Curtis, John Abjanic, Lia Johnson and Arnold Cares ("Plaintiffs") and defendants Zacks Investment Research, Inc., Zacks Investment Management, Inc. National Marketing Resources, LLC, Paradigm Direct, LLC, and Response North, LLC filed a joint motion to move the date of the hearing on Plaintiffs' Motion for

1 | Preliminary Approval of Settlement.  (Dkt. No. 111.)  Having reviewed the parties
2 | joint motion, and good cause appearing, the Court **GRANTS** the joint motion and
3 | resets the hearing on the Motion for Preliminary Approval of Settlement for
4 | November 9, 2017 at 1:30 p.m.

Dated:  September 27, 2017

Hon. Gonzalo P. Curiel
United States District Judge