1  JAMES T. HANNINK (131747)
   jhannink@sdlaw.com
2  ZACH P. DOSTART (255071)
   zdostart@sdlaw.com
3  DOSTART HANNINK & COVENEY LLP
   4180 La Jolla Village Drive, Suite 530
4  La Jolla, California 92037-1474
   Tel:  858-623-4200
5  Fax: 858-623-4299

6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11  JOHN KERR, EDWARD LI, TIM            CASE NO. 16-CV-01352 GPC BLM
    BARNARD, KENNETH CURTIS, LIA
12  JOHNSON, JOHN ABJANIC, and           **NOTICE OF MOTION AND**
    ARNOLD CARES, individually and on    **MOTION FOR AWARD OF**
13  behalf of all others similarly situated,   **ATTORNEYS' FEES, LITIGATION**
                                         **EXPENSES, AND CLASS**
14               Plaintiffs,             **REPRESENTATIVE**
                                         **ENHANCEMENTS**
15  vs.

16  ZACKS INVESTMENT RESEARCH,           Date:    April 6, 2018
    INC., an Illinois corporation;       Time:    1:30 p.m.
17  NATIONAL MARKETING                   Crtrm.: 2D (2nd Floor - Schwartz)
    RESOURCES, LLC, a Missouri limited   Judge:  Hon. Gonzalo P. Curiel
18  liability company; PARADIGM
    DIRECT LLC, a Delaware limited
19  liability company; RESPONSE
    NORTH, LLC, a Utah limited liability
20  company; ZACKS INVESTMENT
    MANAGEMENT, INC., an Illinois
21  corporation; and DOES 6-50, inclusive,

22               Defendants.

23

24

25

26

27

28

                                                          16-CV-01352 GPC BLM

1   TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that on April 6, 2018, at 1:30 p.m. in Courtroom

3   2D of the above-captioned Court located at 221 West Broadway, San Diego,

4   California 92101, the Honorable Gonzalo P. Curiel presiding, plaintiffs John Kerr,

5   Edward Li, Tim Barnard, Kenneth Curtis, Lia Johnson, John Abjanic, and Arnold

6   Cares will and hereby do move the Court for an award of attorneys' fees,

7   reimbursement of litigation expenses, and an award of class representative

8   enhancements.

9   The motion for an award of attorneys' fees and litigation expenses is made on

10  the ground that the requested attorneys' fees represent reasonable compensation to

11  Class Counsel for their representation of the class, including recovery of the

12  common fund, and the litigation expenses were actually and reasonably incurred for

13  the benefit of the class.  The motion for an award of enhancement payments to the

14  named plaintiffs is made on the ground that such payments represent fair

15  compensation for the efforts and risk undertaken for the benefit of the class.

16  This motion is based on this Notice, the Memorandum of Points and

17  Authorities filed herewith, the Declaration of Zach P. Dostart filed herewith, the

18  court record in this action, and any argument or evidence as the Court may consider

19  at the hearing of this motion.

20  Dated: February 8, 2018          DOSTART HANNINK & COVENEY LLP

21

22                                   s/ Zach P. Dostart
                                     _____
23                                   ZACH P. DOSTART
                                     Attorneys for Plaintiffs
24                                   Email: zdostart@sdlaw.com
    838251.1
25

26

27

28

                                        1