JAMES T. HANNINK (131747)
jhannink@sdlaw.com
ZACH P. DOSTART (255071)
zdostart@sdlaw.com
DOSTART HANNINK & COVENEY LLP
4180 La Jolla Village Drive, Suite 530
La Jolla, California 92037-1474
Tel:  858-623-4200
Fax: 858-623-4299

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KERR, EDWARD LI, TIM BARNARD, KENNETH CURTIS, LIA JOHNSON, JOHN ABJANIC, and ARNOLD CARES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZACKS INVESTMENT RESEARCH, INC., an Illinois corporation, NATIONAL MARKETING RESOURCES, LLC, a Missouri limited liability company; PARADIGM DIRECT LLC, a Delaware limited liability company; RESPONSE NORTH, LLC, a Utah limited liability company; ZACKS INVESTMENT MANAGEMENT, INC. an Illinois corporation; and DOES 6-50, inclusive,<br><br>Defendants. | CASE NO. 16-CV-01352 GPC BLM<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT**<br><br>Date:   April 6, 2018<br>Time:   1:30 p.m.<br>Crtrm.: 2D (2nd Floor - Schwartz)<br>Judge:  Hon. Gonzalo P. Curiel |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 6, 2018, at 1:30 p.m. in Courtroom 2D of the above captioned Court located at 221 West Broadway, San Diego, California 92101, the Honorable Gonzalo P. Curiel presiding, plaintiffs John Kerr, Edward Li, Tim Barnard, Kenneth Curtis, Lia Johnson, John Abjanic, and Arnold Cares ("Plaintiffs") will and hereby do move the Court for an order granting final approval of the settlement entered into between Plaintiffs and the defendants in this action.

This motion is made pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and is made on the ground that the settlement merits final approval in view of the extent of discovery conducted in this action, the arm's-length nature of the settlement negotiations, the representation of the putative class by experienced counsel, the terms of the settlement, the response of class members, and other factors relevant to court approval of a class action settlement.

This motion is based on this Notice, the Memorandum of Points and Authorities filed herewith, the Declaration of Zachariah P. Dostart filed herewith, the Declaration of Abel Morales filed herewith, the court record in this action, and any argument or evidence as the Court may consider at the hearing of this motion.

Dated: March 9, 2018          DOSTART HANNINK & COVENEY LLP


                              /s/ Zachariah P. Dostart
                              ─────────────────────────────
                              ZACHARIAH P. DOSTART
                              Attorneys for Plaintiffs
                              Email: zdostart@sdlaw.com

841755.1